IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHASE LEE McCLANAHAN, B89851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-00340-SMY-RJD |
| | ) | |
| KIMBERLY BUTLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is plaintiff Chase Lee McClanahan's motion for change of venue (Doc. 29). McClanahan seeks to have this case transferred to the U.S. District Court for the Northern District of Illinois. McClanahan states that the Northern District of Illinois would be more convenient for all the parties. Pursuant to 28 U.S.C. § 1391, a civil action may be brought in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b). District Courts may also transfer venue pursuant to 28 U.S.C. § 1404. The statute provides that; "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have

been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

The defendants in this case consist of several John Doe defendants and the Warden of Menard Correctional Center ("Menard") in their official capacity. The Warden of Menard was added in her official capacity solely for the purpose of identifying the John Doe defendants. Menard Correctional Center is located in the Southern District of Illinois. Although the plaintiff is now at Stateville Correctional Center in the Northern District of Illinois, plaintiff filed this lawsuit in the U.S. District Court for the Southern District of Illinois, the events that give rise to this litigation occurred at Menard and the defendants are all employed at Menard. For these reasons, the Court denies plaintiff's motion.

IT IS SO ORDERED.

DATED: November 16, 2016

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**